860

█ THE PEOPLE OF THE STATE OF NEW YORK v. JACOB BROWNSTEIN and GEORGE S. MEISSNER.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

█ KATHLEEN MCDERMOTT v. MANHATTAN EYE, EAR & THROAT HOSPITAL et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

█ In the Matter of FRANCIS X. FOY v. STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD GRAVES v. HENRY J. NOBLE, as Warden of the New York City Penitentiary, Rikers Island.—

Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.